**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Kenneth A. Wallace

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KENNETH A. WALLACE, | Case No. 10-100-AC |
| Plaintiff, | ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $5,430.70 pursuant to the Equal Access to Justice Act, 28 U.S.C. 412(d), shall:

Be awarded to plaintiff pursuant to *Astrue v. Ratliff*, __ U.S. __ (2010), 130 S. Ct. 2521 (2010) and delivered via check to plaintiff's counsel, Sara L. Gabin, P.C., at Ms. Gabin's office at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035.

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL    Page 1
ACCESS TO JUSTICE ACT (EAJA)

There are no costs or expenses to be paid herein.

DATED this 24th day of February, 2012.

_____
UNITED STATES DISRCTIC COURT JUDGE
Magistrate

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ LEISA WOLFE
LEISA WOLFE
Special Assistant United States Attorney

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL　　　　　　　　Page 2
ACCESS TO JUSTICE ACT (EAJA)